17

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO D. SALDIVAR, Individually and on Behalf of the Plaintiff Class | § § § § | |
| v. | § § | CIVIL ACTION NO. B-98-101 |
| AXCES, INC., d/b/a AXCES GLOBALCOM, INC., and MICHAEL AVIGNON | § § § | |

## ORDER

CAME ON this day to be considered the Plaintiffs' Motion to Remand and the Court having considered said Motion, is of the opinion that it is meritorious and should be granted. Accordingly,

IT IS HEREBY ORDERED, that this action be REMANDED to the 138th Judicial District Court of Cameron County, Texas.

SIGNED this 21 day of _____, 1998.

_____
United States District Judge

98\075\010

ORDER                                                                 PAGE 1